IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL RIOS, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v<br><br>AIRBORNE EXPRESS INC, et al,<br><br>      Defendants.<br>_____/ | No   C-05-2092 VRW<br><br>Related to case no<br>C-05-2203 VRW<br><br>ORDER |

      Juvanal Rios, class representative in this putative class action, has filed notices of voluntary dismissal pursuant to FRCP 41(a)(1).  Doc #75 of 05-2092; Doc #62 of 05-2203.

      On August 11, 2006, the court ordered Rios to submit an application supporting his request for the court's approval of voluntary dismissal pursuant to FRCP 41(a)(1), Doc #63, which he submitted on August 31, 2006.  Doc #64.  On September 28, 2006, the court ordered Rios to submit the parties' settlement agreement for the court to review in camera.  Doc #80.

//

Having considered the parties' submissions, Doc ##77, 79, and examined the parties' settlement agreement, Doc #81, the court approves the parties' stipulated dismissal pursuant to FRCP 41(a)(1). Accordingly, the class action allegations are dismissed without prejudice and plaintiff's individual claims are dismissed with prejudice.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge